**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Angela Kensy,

Plaintiff,

v.

Northland Credit Control Div/Nat'l Credit Services, Inc., and Mike Morris,

Defendants.

Court File No. CV 00-2335 DDA/FLN

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER FOR DISMISSAL**

---

IT IS HEREBY STIPULATED AND AGREED, by and between the parties that the above-entitled action may be, and the same hereby is, dismissed with prejudice and on the merits, but without further cost to any of the parties hereto.

IT IS FURTHER STIPULATED AND AGREED that any party, without notice to another, may cause judgment of dismissal with prejudice and on the merits to be entered herein.

Dated: 2/23/01

Thomas J. Lyons, Jr., #249646
CONSUMER JUSTICE CENTER, P.A.
1560 Beam Avenue, Suite A
Maplewood, MN 55109
Telephone: (612) 714-8800

**Attorney for Plaintiff**

FILED MAR 29 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD. MAR 29 2001
DEPUTY CLERK

Dated: 3/1/2001

James F. Roegge (#92678)
Barton C. Gernander (#26679X)
MEAGHER & GEER, P.L.L.P.
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 338-0661

**Attorneys for Defendants**

**ORDER FOR DISMISSAL**

Based upon the foregoing Stipulation of Dismissal with Prejudice entered into by the parties, and upon all of the files, records and proceedings herein,

IT IS HEREBY ORDERED: That the above-entitled action is hereby dismissed with prejudice and on the merits, without cost to any of the parties hereto.

LET JUDGMENT BE ENTERED ACCORDINGLY.

BY THE COURT:

Dated: 3-29-01

Judge of United States District Court

\851961